# United States District Court

Eastern District of Wisconsin

| | |
|---|---|
| LASHUN T. MCGEE, SR.<br>　　　Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 02-C-1168 |
| MATTHEW J. FRANK,<br>Secretary of the Department of Corrections,<br>　　　Defendant. | |

[X]　Decision by Court. This action came for consideration before the Court.

　　IT IS ORDERED AND ADJUDGED
　　that the petition for a writ of habeas corpus is denied and this case is dismissed

SOFRON B. NEDILSKY
Clerk of Court

September 11, 2006　　　　　　s/ V. Kelly Barton Terry
Date　　　　　　　　　　　　　　(By) Deputy Clerk


　　　　　　　　　　　　　　　　Approved this **11th** day of September, 2006

　　　　　　　　　　　　　　　　s/AARON E. GOODSTEIN
　　　　　　　　　　　　　　　　United States Magistrate Judge